# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

**Judge Assigned:** Judge T.S. Ellis

- City:
- County:
- Superseding Indictment:
- Same Defendant:
- Magistrate Judge Case No.:
- Search Warrant Case No.:

**Criminal No.** 1:18-cr-407
**New Defendant:**
**Arraignment Date:**
**R. 20/R. 40 From:**

## Defendant Information:

- **Defendant Name:** ALEKSANDR BROVKO
- **Alias(es):** Alexander Brovko
- ☐ Juvenile  FBI No.
- **Address:** xxxxxxx
- **Employment:**
- **Birth Date:** xxxxx1984
- **SSN:**
- **Sex:** Male
- **Race:**
- **Nationality:** Russia
- **Place of Birth:**  Height:  Weight:  Hair:  Eyes:  Scars/Tattoos:
- ☐ Interpreter  **Language/Dialect:**  **Auto Description:**

## Location/Status:

- **Arrest Date:**
- ☐ Already in Federal Custody as of:  in:
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☒ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- **Name:**
- ☐ Court Appointed  **Counsel Conflicts:**
- **Address:**
- ☐ Retained
- **Phone:**
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Laura Fong amd Kellen Dwyer
- **Phone:** 703-299-3934
- **Bar No.**

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Christopher Larsen, United States Secret Service

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud an | 1 | Felony |
| Set 2: | 18 U.S.C. § 1029(b)(2) | Conspiracy to Commit Access Devic | 2 | Felony |

**Date:** 11/9/18  **AUSA Signature:** [signature]

*may be continued on reverse*