UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEKSANDR BROVKO,<br><br>Defendant. | Criminal No. 1:18-cr-407<br><br>**UNDER SEAL** |

### ORDER GRANTING GOVERNMENT'S REQUEST TO HAVE CLERK'S OFFICE CERTIFY AND DOCKET A REDACTED VERSION OF THE INDICTMENT FOR PURPOSES OF EXTRADITION AND FUTURE PROCEEDINGS

Upon motion of the United States Attorney, pursuant to Local Criminal Rule 49, the Court finds that continued sealing of the case is necessary to prevent notification of the existence of the ongoing criminal investigation, which could result in criminals' flight from prosecution, the destruction of or tampering with evidence, the intimidation of potential witnesses, or otherwise jeopardize the investigation.

It is hereby ORDERED that the Clerk's Office certify and docket a redacted version of the indictment as proposed in Exhibit A of the motion of the United States; and that the United States be permitted to disclose the redacted version of the indictment for the purpose of locating and extraditing the defendant and for use in future criminal proceedings.

It is further ORDERED that this case and the motion of the United States and this Order remain under seal.

_____
Honorable T.S. Ellis
United States District Judge

Date: _____
Alexandria, Virginia