AO 442 (Rev. 11/11) Arrest Warrant

10739041

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
DEC - 9 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

United States of America
v.
ALEKSANDR BROVKO,
a/k/a,
Александр Владимирович БРОВКО,
a/k/a,
Alexander Brovko
*Defendant*

Case No. 1:18-CR-407

**UNDER SEAL**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* ALEKSANDR BROVKO, aka Александр Владимирович БРОВКО, aka ALEXANDER BROVKO, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Commit Wire Fraud and Bank Fraud (18 U.S.C. § 1349)
Count 2: Conspiracy to Commit Access Device Fraud (18 U.S.C. § 1029(b)(2))

Date: 11/8/2018

*Issuing officer's signature*

L. Creek, Deputy Clerk
*Printed name and title*

City and state: Alexandria, VA

---

**Return**

This warrant was received on *(date)* 11/13/18, and the person was arrested on *(date)* 12/4/19
at *(city and state)* Dulles, VA (extradited).

Date: 12/9/19

*Arresting officer's signature*

PETE SHILLER, DUSM
*Printed name and title*