UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: THERESA CARRROLL BUCHANAN

UNITED STATES OF AMERICA

-VS-

Aleksandr Brovko
(UNDER SEAL)

HEARING: R5   CASE #: 18cr407

DATE: 12/9/19   TIME: 2:30pm

TYPE: FTR RECORDER   DEPUTY CLERK: T. FITZGERALD

COUNSEL FOR THE UNITED STATES: K. Dwyer

COUNSEL FOR THE DEFENDANT: w/o

INTERPRETER: Roman Volsky   LANGUAGE: Russian

( X ) DEFENDANT APPEARED:   ( ) WITH COUNSEL   ( X ) WITHOUT COUNSEL

( X ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

( X ) COURT TO APPOINT COUNSEL  FPD   ( ) DFT. TO RETAIN COUNSEL

( ) GVT. CALL WITNESS & ADDUCES EVIDENCE

( ) EXHBIT # _____ ADMITTED

( ) PROBABLE CAUSE: FOUND ( ) / NOT FOUND ( )

( ) PRELIMINARY HEARING WAIVED

( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) DEFT. ADMITS VIOLATION ( ) DFT. DENIES VIOLATION ( ) COURT FINDS DFT. IN VIOLATION

MINUTES: USA seeks detention - Granted.

CONDITIONS OF RELEASE:
($         ) UNSECURED ($         ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED •
(   ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING ( ) MENTAL HEALTH
TEST/TREAT (   ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT ( ) AVOID CONTACT
(   ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS
(   ) DEFENDANT CONTINUED ON SAME CONDITIONS OF PROBATION

NEXT COURT APPEARANCE: 12/11/19 at 11:00AM Before TCB
( X ) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) RS