UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: THERESA CARRROLL BUCHANAN

UNITED STATES OF AMERICA

-VS-

Aleksandr Bravko

HEARING: DH   CASE #: 18CR407
DATE: 12/11/19   TIME: 11:00 AM
TYPE: FTR RECORDER   DEPUTY CLERK: T. FITZGERALD

COUNSEL FOR THE UNITED STATES: L. Fong
COUNSEL FOR THE DEFENDANT: S. Quill
INTERPRETER: Roman Volsky   LANGUAGE: Russian

( X ) DEFENDANT APPEARED:  ( X ) WITH COUNSEL    (   ) WITHOUT COUNSEL

(   ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

(   ) COURT TO APPOINT COUNSEL _____   (   ) DFT. TO RETAIN COUNSEL

(   ) GVT. CALL WITNESS & ADDUCES EVIDENCE

(   ) EXHBIT #_____ ADMITTED

(   ) PROBABLE CAUSE: FOUND (   ) / NOT FOUND (   )

(   ) PRELIMINARY HEARING WAIVED

(   ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

(   ) DEFT. ADMITS VIOLATION (   )DFT. DENIES VIOLATION   (   )COURT FINDS DFT. IN VIOLATION

MINUTES: Deft. does not contest detention at this time.

CONDITIONS OF RELEASE:
($         ) UNSECURED ($        ) SECURED (   ) PTS (   ) 3RD PARTY (   ) TRAVEL RESTRICTED •
(   ) APPROVED RESIDENCE (   ) SATT (   ) PAY COSTS (   ) ELECTRONIC MONITORING (   ) MENTAL HEALTH
TEST/TREAT (   ) ROL (   ) NOT DRIVE (   ) FIREARM (   ) PASSPORT (   ) AVOID CONTACT
(   ) ALCOHOL & DRUG USE (   ) EMPLOYMENT

( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS w/o Bond pending Trial.
(   ) DEFENDANT CONTINUED ON SAME CONDITIONS OF PROBATION

NEXT COURT APPEARANCE: 12/20/19 at 9:00 AM before Ellis (Arraignment)
(   ) DH (   ) PH (   ) STATUS (   ) TRIAL (   ) JURY (   ) PLEA (   ) SENT (   ) PBV (   ) SRV (   ) RS