AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | ) | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:18-cr-407-TSE |
| Aleksandr Brovko | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

United States.

Date:   12/12/2019

/s/ Kellen S. Dwyer
*Attorney's signature*

Kellen S. Dwyer
*Printed name and bar number*

U.S. Attorney's Office
2100 Jamieson Ave.
Alexandria, Va 22314
*Address*

kellen.dwyer@usdoj.gov
*E-mail address*

(703) 299-3707
*Telephone number*

(703) 299-3980
*FAX number*