# UNITED STATES DISTRICT COURT
## * Arraignment *

Date: 12/20/2019                                     Case No.: 1:18-cr-00407-TSE-1
Court Time: 02:05 p.m. – 02:13 p.m. (00:08)

---

## UNITED STATES OF AMERICA v. ALEKSANDR BROVKO

PRESENT:          Honorable **T.S. Ellis, III**,  U. S. District Judge

    COURTROOM DEPUTY:      Tanya Randall
    COURTROOM REPORTER:    Patricia Kaneshiro-Miller
    ASST. U.S. ATTORNEY:   Alexander Berrang
    COUNSEL FOR DEFT:      Shannon Quill
    RUSSIAN INTERPRETER:   Roman Volsky

**PROCEEDINGS:**

[ X ] Defendant is arraigned and specifically advised of rights.

[ X ] Defendant waives reading of indictment – WFA

[ X ] Defendant pled NG and demanded trial by jury

[  ] Indictment/Information read

[  ] Defendant waived Speedy Trial and Court finds Speedy Trial to be waived - - Waiver of Speedy Trial entered in open Court.

MOTIONS to be filed by **MARCH 16, 2020** with local rules govern for filing of responses and ARGUMENT on **MARCH 27, 2020 @ 9:00 A.M.**

CASE CONTINUED TO **APRIL 7, 2020 @ 10:00 A.M.** for **JURY TRIAL (approx.. 3-4 days)**

- Government and defense agreed to a waiver for speedy trial due to the large amount of discovery and the need for translation.

- Government to submit order setting trial date and speedy trial date waived.

- Court ruled this is a complex case.

- Discovery and Protective Order entered in open court

**Defendant**   [ X ] Remanded   [  ] Continued on Bond   [  ] Released on _____ Bond –
                                                            see Order Setting Conditions of Release