## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:18-CR-407 |
| v. | The Honorable T.S. Ellis, III |
| ALEKSANDR BROVKO<br>a/k/a "Alexander Brovko" | |
| *Defendant.* | |

### NOTICE REGARDING PROPOSED SPEEDY TRIAL ACT ORDER

The United States of America, by and through G. Zachary Terwilliger, U.S. Attorney for the Eastern District of Virginia, and Alexander P. Berrang, Assistant U.S. Attorney, hereby file this Notice regarding a proposed order addressing the Speedy Trial Act, 18 U.S.C. §§ 3161, *et seq.*, the filing of which the Court has directed.

The government has conferred with counsel for the defendant.  Counsel for Mr. Brovko consents to the filing of this Notice and the proposed Order.

Respectfully submitted,

Date: December 27, 2019

G. Zachary Terwilliger
United States Attorney

_____/s/_____
Alexander P. Berrang
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3981
Email: Alexander.P.Berrang@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 27, 2019, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will send a notification of that electronic filling

(NEF) of the foregoing to the attorneys for the defendants.


By:      /s/
         Alexander P. Berrang
         Assistant United States Attorney
         U.S. Attorney's Office
         2100 Jamieson Avenue
         Alexandria, Virginia 22314
         Phone: (703) 299-3700
         Fax: (703) 299-3981
         Email:  Alexander.P.Berrang@usdoj.gov