# UNITED STATES DISTRICT COURT
## ** Plea Minutes **

Date: 02/20/2020  
Time: 01:53 p.m. – 03:22 p.m. (01:29)

Case #: 1:18-cr-00407-TSE-1  
Interpreter/Lang: Rashid Nasibov/Russian

Honorable **T.S. ELLIS III**, United States District Judge, Presiding

| Tanya Randall | Patricia Kaneshiro-Miller |
|---|---|
| Courtroom Deputy | Court Reporter |

**UNITED STATES OF AMERICA**  
v.  
**ALEKSANDR BROVKO**

Deft appeared: [ X ] in person　　[ ] failed to appear  
[ X ] with Counsel　　[ ] without Counsel  
[ ] through Counsel

| SHANNON QUILL | KELLEN DWYER |
|---|---|
| **Counsel for Defendant** | **Counsel for Government** |

**Matter called for:**  
[ ] Pre-Indictment Plea　　[ X ] Change of Plea　　[ ] Plea Agreement

**Filed in open court:**  
[ ] Information　　[ X ] Plea Agreement　[ X ] Statement of Facts　　[ ] Waiver of Indictment

**Arraignment & Plea:**  
[ ] WFA　　[ ] FA　　[ ] PG

**Plea:**  
[ X ] Deft entered a Plea of Guilty as to Count(s) 1 of the　[ X ] Indictment　　[ ] Information  
[ X ] Plea accepted by the Court.  
[ ] Deft waived right to PSI and consent to proceed with sentencing.  
[ X ] Motion for Dismissing Count(s) 2 by [ X ] US or [ ] Deft  
[ X ] Order entered in open court　　[ ] Order to follow  
[ X ] Deft directed to USPO for PSI　　[ X ] Yes　　[ ] No  
[ X ] Case continued to: **MAY 15, 2020** at **09:00 A.M.** for:  
　　[ ] Jury Trial　　[ ] Bench Trial　　[ ] Pre-Guidelines Sentencing　　[ X ] Guidelines Sentencing

[ X ] Deft remanded　[ ] Deft Released on Bond　[ ] Deft Continued on same bond conditions

\#　Cancel previously scheduled Jury Trial of: April 7, 2020 at 10:00 a.m.