

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:18-CR-407 |
| | ) | |
| ALEKSANDR BROVKO, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS

The United States of America, by and through its attorneys, G. Zachary Terwilliger, United States Attorney for the Eastern District of Virginia, Kellen S. Dwyer, Assistant United States Attorney, and Laura Fong, Senior Trial Attorney of the Department of Justice's Computer Crime and Intellectual Property Section, hereby moves this Honorable Court pursuant to FED. R. CRIM. P. 48(a) to dismiss Count Two of the Indictment in the above-captioned case pursuant to the Plea Agreement entered into between the United States and defendant Aleksandr Brovko and his counsel.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _/s/ Kellen Dwyer_
Kellen S. Dwyer
Assistant United States Attorney

Laura Fong
Senior Trial Attorney
Department of Justice
Computer Crime & Intellectual Property Section