

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:18-CR-407 |
| | ) |
| ALEKSANDR BROVKO, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon Motion of the United States to Dismiss Count Two of the Indictment in the above-captioned case, it is hereby

ORDERED, that Count Two of the Indictment in the above-captioned case is dismissed as to defendant Aleksandr Brovko.

_____
HONORABLE T.S. ELLIS, III
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia

Date: 2/20/20