AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:18-cr-407 |
| ALEKSANDR BROVKO | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date: 03/19/2020

/s/ Alexander P. Berrang
*Attorney's signature*

Alexander P. Berrang (Virginia Bar No. 80134)
*Printed name and bar number*
U.S. Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314

*Address*

Alexander.P.Berrang@usdoj.gov
*E-mail address*

(703) 299-3700
*Telephone number*

(703) 299-3981
*FAX number*