IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Criminal No. 18-CR0407 |
| | ) |
| ALEKSANDR BROVKO | ) |

### ORDER

This matter is scheduled for a sentencing hearing on Friday, May 15, 2020 at 9:00 a.m. On April 10, 2020, United States Chief District Judge Mark S. Davis entered General Order 2020-12 which postponed and continued all civil and criminal in-person proceedings, including all court appearances, trials, and hearings, scheduled to occur through June 10, 2020.

Accordingly,

It is hereby **ORDERED** that the May 15, 2020 hearing is **CONTINUED** to **Friday, June 19, 2020 at 11:00 a.m.**

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, VA
April 13, 2020

/s/
T. S. Ellis, III
United States District Judge