**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:18-CR-407 |
| | ) | |
| ALEKSANDR BROVKO, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO SEAL AND MEMORANDUM IN SUPPORT**

Pursuant to Local Criminal Rule 49(E), the defendant, Aleksandr Brovko, through counsel, moves for an Order sealing "Defendant's Motion to Continue Sentencing Hearing." A proposed Order is attached for the Court's consideration.[1]

I.  Item to be Sealed and Necessity for Sealing

    A.  The defendant asks the Court to seal "Defendant's Motion To Continue Sentencing Hearing," filed with the Clerk of Court on June 1, 2020.

    B.  Sealing is necessary in order to safeguard the privacy and safety of the defendant in that the document contains sensitive personal information. Counsel for the defendant has considered procedures other than sealing and none will suffice to protect this information from disclosure.

II.  Previous Court Decisions Which Concern Sealing Documents

    A.  The Court has the inherent power to seal materials submitted to it. *See United States v. Wuagneux*, 683 F.2d 1343, 1351 (11th Cir. 1982); *State of Arizona v. Maypenny*, 672 F.2d 761, 765 (9th Cir. 1982); *Times Mirror Company v. United States*, 873 F.2d 1210 (9th Cir.

---

[1] The document to be sealed will be filed with the Court non-electronically pursuant to Local Criminal Rule 49(E) and the Electronic Case Filing Policies and Procedures (*see* p. 16). Pursuant to the Local Rules, the sealed document is to be treated as sealed pending the outcome of this motion.

1

1989); *see also Shea v. Gabriel*, 520 F.2d 879 (1st Cir. 1975); *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980); *In re Braughton*, 520 F.2d 765, 766 (9th Cir. 1975). "The trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests." *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984).

      B.     This Court previously has sealed documents in other cases dealing with the same or similar subject matters as the material sought to be sealed in this matter.

III.     Period of Time to Have the Document Under Seal

      A.     The material to be filed under seal would need to remain sealed permanently or until unsealed by the Court.

      Accordingly, the defendant respectfully requests that an Order be entered allowing the aforementioned motion be placed Under Seal. An appropriate Order is attached.

                                           Respectfully submitted,
                                           ALEKSANDR BROVKO

                                           By Counsel,

By:     _/s/_____
           Shannon S. Quill
           Virginia Bar No. 76355
           Assistant Federal Public Defender
           Attorney for A. Brovko
           1650 King Street, Suite 500
           Alexandria, Virginia  22314
           (703) 600-0850 (telephone)
           (703) 600-0880 (facsimile)
           Shannon_Quill@fd.org (email)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the June 1, 2020, I will electronically file the foregoing with the Clerk of court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

      Laura Fong
      Alexander Berrang
      United States Attorney's Office
      2100 Jamieson Avenue
      Alexandria, VA   22314

      Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy of the forgoing pleading will be delivered to Chambers within one business day of the electronic filing.

                                              /s/
                                Shannon S. Quill, Esquire
                                Virginia bar No. 76355
                                Attorney for A. Brovko
                                Office of the Federal Public Defender
                                1650 King Street, Suite 500
                                Alexandria, VA   22314
                                (703)600-0850 (telephone)
                                (703)600-0880 (facsimile)
                                shannon_quill@fd.org