IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:18-CR-407 |
| ) | |
| ALEKSANDR BROVKO, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon Defendant's Unopposed Motion To Continue Sentencing Hearing, it is hereby ORDERED that:

Defendant's motion is GRANTED; and

The sentencing hearing in this case shall be continued to _Friday, Oct 9_, 2020.

T.S. Ellis, III
United States District Judge

Date: _June 1_, 2020