UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:18-CR-407 |
| | ) | |
| ALEKSANDR BROVKO, | ) | Sentencing: October 9, 2020 |
| | ) | |
| Defendant. | ) | |

**CONSENT MOTION TO CONTINUE SENTENCING**

The defendant, Aleksandr (aka Alexander) Brovko, through counsel, with the consent of the government, hereby respectfully moves this Court to continue the sentencing hearing in this case, currently scheduled for Friday, October 9, 2020 to Friday, October 23, 2020. In support of this Motion, Defendant states the following:

1. On February 20, 2020, Mr. Brovko pled guilty pursuant to a plea agreement to Count 1 of the indictment charging him with conspiracy to commit wire fraud and bank fraud. Sentencing is currently scheduled for October 9, 2020.

2. In consultation with government counsel, Mr. Brovko seeks a two-week continuance of his sentencing hearing until October 23, to allow sufficient time for counsel to speak to Mr. Brovko about issues related to sentencing that arose this week. Mr. Brovko, a Russian national who is not fluent in English, is detained at the Alexandria Detention Center ("ADC") where in-person visitation is restricted due to the coronavirus. The ADC has made arrangements for video calls between counsel and their clients. Due to demand, however, the video call appointments are typically booked more than one week in advance, and it often takes multiple contacts with the

ADC to arrange video calls. A two-week continuance will allow counsel sufficient time to speak with Mr. Brovko and to consult with government counsel prior to sentencing.[1]

3. Undersigned counsel has discussed this Motion with government counsel Laura Fong, who does not oppose the requested continuance.

WHEREFORE, Mr. Brovko respectfully requests that this Court continue his sentencing hearing from Friday, October 9, 2020 to Friday, October 23, 2020.

Respectfully submitted,

ALEKSANDR BROVKO

By Counsel,

By: _____/s/_____
Shannon S. Quill
Va. Bar # 76355
Assistant Federal Public Defender
Attorney for A. Brovko
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0850 (telephone)
(703) 600-0880 (facsimile)
Shannon_Quill@fd.org (email)

---

[1] The continuance will also provide defense counsel additional time to work with the government to retrieve Mr. Brovko's family photos from the electronic devices seized by law enforcement in this case.

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 1, 2020, I will file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Laura Fong, Esq.
Alexander Berrang, Esq.
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700

               /s/
              Shannon S. Quill
              Va. Bar # 76355
              Assistant Federal Public Defender
              Attorney for A. Brovko
              1650 King Street, Suite 500
              Alexandria, Virginia   22314
              (703) 600-0850 (telephone)
              (703) 600-0880 (facsimile)
              Shannon_Quill@fd.org (email)