# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 1:18-CR-407 |
| ) | |
| ALEKSANDR BROVKO, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon Defendant's Consent Motion To Continue Sentencing Hearing, it is hereby ORDERED that:

Defendant's motion is GRANTED; and

The sentencing hearing in this case shall be continued to October \_\_\_, 2020, at _____.

_____
T.S. Ellis, III
United States District Judge

Date: October \_\_, 2020