IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIMINAL NO. 1:18-CR-407 |
| ) | |
| ALEKSANDR BROVKO,   ) | |
| ) | |
| ) | |
| Defendant.   ) | |

## ORDER

Upon Defendant's Consent Motion To Continue Sentencing Hearing, it is hereby ORDERED that:

Defendant's motion is GRANTED; and

The sentencing hearing in this case shall be continued to October 23, 2020, at 9:00 a.m.

_____
T.S. Ellis, III
United States District Judge

Date: October 1, 2020