Dear Judge Ellis,

In my opinion, whenever you asked me a question, I didn't have an opportunity to answer in full due to the time restrictions of the meeting. You – I mean you personally, as well as the Probation Services officer, the meeting with whom was interrupted before the conclusion */ the translation is literal due to ambiguity of this sentence in the original - R.V./*. I am writing this letter to completely answer the questions, which in my view may be of interest to you.

I was born in the USSR, in a workers' family, a middle-class family. The dramatic changes in the country, in 1991 and 1994, negatively affected families like these. I am the youngest of three children, with the age difference of eight to nine years. Therefore, for as long as I remember myself, my parents provided me with only the bare necessities. To order have pocket money or buy new clothes for myself, I had to work during summers or help acquaintances wherever the additional manual labor was needed.

A computer appeared in our house in around 1995 - my brother needed it to study at the University. Like any teenager, I was interested in computer games. In contrast with modern computers or tablets, one had to have the knowledge of how to start a game on an old computer. That could be considered as the beginning of my education on computer literacy. While in school, I learned two programming languages.  With my school team, I participated in a city Olympiad. Individually, I was interested in building websites and the general workings of the internet. In 2002, during my second year at the university, I was able to get my first regular job. It was *[at]* the department of Applied Informatics at the University, which also maintained the computer equipment at the University. At the same time, I looked for other sources of income - helping my friends with computers, completing the programming assignments for school or university students in my town and over the internet, designing websites and posting them on the Internet, and providing SEO support.

At the end of my fourth year, I moved in with my future wife into a single-family flat. Therefore, I obtained a full-time job as a prepress engineer at a printing company. I attended the University only when I was able or when it was needed. Due to disagreements with the company management, I lost this job six months after I graduated from university. A career in the field of my formal education would offer me an income of about $300 a month. That was not enough to pay rent, not even considering everything else. I continued searching for work in the area of computers, and not in the field of my education.

My university classmate asked for assistance and promised a good profit. That was how my criminal activity began. I was aware of my actions and knew their ultimate result. I am not a sociopath - it gives me no pleasure causing other people pain and suffering, but my financial difficulties forced me to accept *[the offer]*. Later on, I was seeking legitimate income opportunities, a different job, or my own business. But nothing came of it, either due to my lack of knowledge, or the specificity of Russian business - when it is not the service quality that counts, but the number of people you know. In 2011, my wife and I moved to the Czech Republic. One of the reasons to move was economic - to find a legitimate job with sufficient compensation or to start a business. I tried various options, on the Internet, or offline. But nothing worked - this time, because of my fear of arrest. From the moment I realized that I am doing illegal work, I understood that my arrest was

only a matter of time. In order not to have anyone involved, I did not join my friends' firms and did not invite anyone to join mine. Also, I kept my activities secret from my family and friends, so even my wife does not know what I do. Because of that, we quarreled. We separated in 2015, and while officially we are married, I pay her child support for my son.

To a certain degree, I am glad of my arrest because it provides me with an opportunity to redeem myself and return to lawful life. My wrong decision caused me more problems than joy - the mental pressure and family dysfunction. The necessity to work in a different time zone/time difference demanded a lot of work done at nighttime, which negatively affected my health. The constant secrecy engendered difficulties with mutual understanding within my family and with acquaintances. Even from a financial standpoint, this decision did not bring me a lot of money. I can easily earn similar amounts in a multitude of legitimate ways now.

I sincerely wish to compensate for the damages I caused, to return to my son with my conscience clear and my hands clean. I did not resist the arrest and did not fight the extradition. I willingly cooperate with the investigation and do not violate the rules of my detention.

I understand that I have to repay the damages I caused before returning to my duties as a father.

Aleksandr Brovko

8/8/2020  /signature/

Уважаемый судья Эллис.

По моему мнению, каждый раз когда Вы задавали вопрос, из-за временных ограничений встречи, у меня не было возможности ответить полно. Вы — я имею ввиду лично Вас, и офицера из probation office, встреча с которым была прервана раньше окончания. Я пишу это письмо что-бы полно ответить на интересующие Вас, по моему мнению, вопросы.

Я родился в семье рабочих, в СССР, в семье среднего класса. Произошедшие в стране крупные изменения в 1991 и в 1994 году, плохо отразились на подобных семьях. Я младший из трех детей, с разницей в 8-9 лет. Потому почти все время что я себя помню, мои родители давали мне только необходимое. Карманные деньги или дополнительные личные вещи я должен был заработать сам, летней занятостью или помогая знакомым где нужны дополнительные рабочие руки.

Компьютер в нашей семье появился примерно в 1995 году, он был нужен брату для учебы в университете. Как любого подростка меня интересовали комп. игры. Только в отличие от современных компьютеров/планшетов чтобы запустить игры на старых компьютерах, нужны были знания, с этих пор можно считать началось мое обучение работе на/с компьютером. Во время школьного обучения, я узнал два языка программирования, и выступал на олимпиаде города в составе школьной команды. Из личного интереса так же обучился построению сайтов и работе интернета в целом. В 2002 году, на втором курсе университета мне удалось устроиться на первую официальную работу. Это был факультет прикладной информатики в университете, который еще занимался сервисом комп. техники в университете. Попутно имея другие источники заработка: оказания комп. сервиса знакомым, решение задач для школьников/студентов по программир. как в городе так и через интернет, плюс создание сайтов, размещение

их в интернете, SEO продвижение. В конце 4 курса, я стал жить вместе со своей будущей женой в отдельной квартире, поэтому устроился на работу на полный день (инженер prepress в полиграфической компании), посещая университет по возможности или необходимости. Через полгода после окончания университета у меня произошли разногласия с руководителем и я остался без работы. Работы по специальности в моем городе, могли предложить мне примерно 300$ в месяц, чего было не достаточно для оплаты квартиры, не говоря о всем остальном, поэтому я продолжил искать работу связанную с компьютером, а не образованием.

Мой университетский сокурсник попросил помощи и обещал хорошую прибыль, так началась моя криминальная деятельность. Я знал что я делаю, и какой конечный результат моей работы. Я не сознавал, причинять боль/страдания другим людям не приносит мне радости, но финансовые трудности заставили меня согласиться. В последствии я искал возможности легальных доходов, другая работа или собственный бизнес. Но ни чего не получилось, из-за не хватки знаний, или из-за особенностей российского бизнеса, когда важно не качество услуг, а кол-во знакомых. В 2011 году, мы с женой переехали в Чехию. Одной из причин переезда послужила экономическая причина, найти законную работу с устраивающей зарплатой или начать бизнес. Я пробовал различные варианты, как в интернете, так и в офлайн. Но ни чего не получилось, но уже по причине — страх ареста. С тех пор как я понял что делаю не законную работу, я понимал что мой арест дело времени. Чтобы не вовлекать других, я не присоединялся к фирмам друзей и не звал в свои. Я также держал в тайне от семьи и знакомых чем занимаюсь, поэтому даже моя жена не знает чем я занимаюсь. Из-за чего у нас были ссоры. В 2015 году мы стали жить раздельно, и я выплачивал ей деньги на содержание сына, хотя официально мы женаты.

page 3

В некоторой степени я рад аресту, потому что это дает для меня возможность искупить свою вину, и вернуться к законной жизни. Мое неправильное решение принесло мне больше проблем, чем радости — психическое напряжение, проблемы в семье. Необходимость работы в другом часовом поясе/временом интервале — требовало много работы ночью, что плохо сказалось на здоровье. Постоянная скрытность — трудности взаимопонимания в семье и со знакомыми. Даже с финансовой стороны это решение не принесло мне больших денег, подобные суммы теперь я могу легко заработать множеством законных путей.

Я искренне желаю компенсировать нанесеный мной ущерб, чтобы я мог вернуться к своему сыну с чистой совестью и чистыми руками. Я не сопротивлялся аресту, не припятствовал экстрадиции, охотно сотрудничаю со следствием, не нарушаю правил заключения. Я понимаю что должен возместить причиненный ущерб прежде чем вернуться к своим обязаностям отца

Бровко Александр

8/8/20 *(signature)*