Dear Judge Ellis,

My name is Irina Brovko. I am still officially married to Aleksandr Brovko, although de facto we haven't been living together since 2015.

We had known each other since 2003 when we started dating back in Russia. I want to say that Aleksandr is a good person, unconditionally. He is smart and strong. And though we had come to the conclusion that we won't be living together, and have separated, he continued to help us - me and our son ▮ - even after our separation. Honestly, I have never met people like this who, even after they left their wife, still continued to fully support her and the child. Since the time we moved to the Czech Republic, I haven't been working. Our son was born, and then I was studying to become a paramedic. Then I started working in the hospital as an ICU Nurse Anesthetist. Then, in the summer of last year, I became a patient in a hospital myself (cancer, surgery).

All that time, my son was with Aleksandr. All that time, we have been fully supported by Aleksandr. We don't have any relatives in the Czech Republic. Just me, Aleksandr, and our son. He is the person that one can always rely on. He is hard-working and had spent a lot of time working, but he has always found time for his son, too. And I will always think of him as a wonderful father for my son and just a good person whom I respect.

As to the question of why he could have committed these acts – when we were still in Russia, our first infant son lost his life because of an error made by doctors. He was 1 month old. This is exactly why we left there. We sold or gave away everything we had and just left, only taking with us our dog. I also know that Aleksandr didn't want to talk about it. He didn't want you to know it. But I believe that this period of our life is very important, that it has determined our destiny. We were both in a state of mind when you feel an emptiness inside. And we needed to fill it with something. Aleksandr was working a lot. We put all of our energy into leaving Russia as soon as possible so that we could start a new life in the Czech Republic.

It is possible he didn't entirely understand what he was taking upon himself in terms of work and his actions. I am sure he questioned himself whether the path he chose was the right one, but I am convinced that his only goal was to solve financial problems and ensure a decent life for us.

Afterward, when we were already in the Czech Republic, our second son, ▮ was born. And Aleksandr became a wonderful father for him. ▮ loves him very much. Our son is now 7. This is the age in a child's life when a father and a male role model are of vital importance. I am already noticing how much he misses that. I already can see changes in his behavior, his lack of confidence, his desire to find a male role model for himself. ▮ needs a father.

Here, in the Czech Republic, Aleksandr has friends. Some of them help me and ▮ when I need to solve a problem. He has his young son here.

In the past few years, Aleksandr has had depressions. He saw a clinical psychologist but was only prescribed pills... He told me that he was thinking a lot and wanted to start doing useful and legitimate work, but he didn't know yet what would it be. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▆▆▆▆▆▆▆▆ I am convinced that he understands what he has done, that he regrets it, and that the worst punishment for him is not to be able to see his child.

And therefore, I implore you to take this into consideration if possible. I don't know if this letter will be at least of some use. I don't know if it will help Aleksandr to get a somewhat lower sentence. I just wanted to give you a little of our personal history and to show that Aleksandr is a trustworthy, strong, and smart man, a hard-working man. He is just an excellent father and friend. That he took the wrong path but that he deserves a second chance. Similarly, our son also needs his father very much. I am trying to do my best to bring him up by myself, but I am already seeing the effect of his father's absence on him. In a way, in this particular situation, I am writing this not only for Aleksandr's sake but possibly to a greater degree for his son.

Thank you and stay safe.

Достопочтенный Судья Эллис!
Меня зовут Ирина Бровко. Я все еще являюсь официальной женой Александра Бровко, несмотря на то, что фактически мы не живем вместе с 2015 года. Знакомы мы с ним с 2003 года, когда мы начали встречаться еще в России. Хочу сказать, что Александр - человек безусловно хороший, умный и сильный. И хоть мы и пришли к тому, что уже не будем жить вместе и разошлись, тем не менее, все время он помогал нам - мне и нашему сыну ▮, даже после расставания - если честно, я еще не встречала таких людей, которые бы после расставания с женой все же продолжали полностью содержать ее и ребенка. С момента нашего переезда в Чехию я не работала - у нас родился сын, потом я училась на парамедика. Потом я начала работать в больнице в качестве анестезиологическо-реанимационной сестры. А потом я сама была пациентом в больнице в прошлом году летом (рак, операция). Сын был с Александром все это время.
Все это время мы были на полном обеспечении Александра. В Чехии у нас никого из родственников нет. Только я, Александр и наш сын. Это человек, на которого всегда можно положиться, он трудолюбив и много времени всегда уделял работе, но всегда находил время и для сына. И для меня он всегда будет замечательным отцом моего сына и просто хорошим человеком, которого я уважаю.

Что касается того вопроса, почему он мог совершить эти деяния - еще в России у нас погиб наш первый новорожденный сын. Из-за ошибки врачей. Ему был 1 месяц. Именно поэтому мы оттуда уехали, мы продали или раздарили все, что у нас было и просто уехали, взяв с собой лишь нашу собаку. Я также знаю, что Александр не хотел об этом говорить, не хотел, чтобы Вы знали. Но считаю, что этот период в нашей жизни очень важен, что он определил нашу судьбу. Мы были оба в том состоянии, когда внутри только пустота. И было необходимо ее чем-либо заполнить. Александр много работал, мы бросили все силы, чтобы поскорее уехать из России, чтобы в Чехии начать новую жизнь. Возможно, он не до конца понимал на что идет в плане работы и своих действий, я уверена, что он сомневался, идет ли он правильной дорогой, но я уверена и в том, что единственной целью его было - решить финансовые проблемы и обеспечить нам достойную жизнь.
Уже потом в Чехии родился наш второй сын Макс. И Александр стал для него прекрасным отцом. ▮ его очень сильно любит. Сейчас сыну 7 лет. Это значит тот возраст, когда ребенку жизненно необходим отец и мужской пример в жизни. Уже сейчас я замечаю, как сыну этого не хватает. Уже сейчас видны изменения в его поведении, его неуверенность, его желание найти мужской пример для себя. ▮ нужен отец.
▮ в Чехии у Александра друзья, некоторые из них помогают и мне с ▮ при решении каких-либо проблем. Здесь его маленький сын.
Последние несколько лет у Александра были депрессии, он посещал доктора психолога, но ему лишь выписали таблетки.. Он мне говорил, что много думает и хочет в жизни заняться полезной и правильной работой, но еще не знает, чем именно. ▮
▮ Уверена, что он понимает, что совершил, что сожалеет об этом, и что наихудшее наказание для него - не видеть своего ребенка.
И я очень Вас прошу по мере возможности принять все это к сведению. Не знаю, будет ли это мое письмо хоть как-то полезно. Не знаю, поможет ли это Александру хоть как-то уменьшить его срок. Просто я хотела описать немного нашу личную историю, и показать, что Александр - надежный, сильный, умный

человек, работящий, просто замечательный отец и друг. Что он пошел по неправильному пути, но и что он заслуживает второй шанс. Точно также и нашему сыну очень сильно нужен отец. Я стараюсь справляться с его воспитанием одна, но уже теперь я вижу последствия отсутствия отца для него. Так что во всей этой ситуации я пишу все это не только для Александра, но в больше степени, наверное, для сына.
Спасибо. Берегите себя.