# SENTENCING MINUTES

| | |
|---|---|
| Date: 10/30/2020 | Judge: **T.S. ELLIS III** |
| | Reporter: T. Harris |
| | Time: 01:05 p.m. – 01:39 p.m. |
| | 01:57 p.m. – 02:31 p.m. |
| | ( 01:08 ) |
| | Case Number: 1:18-cr-00407-TSE-1 |

UNITED STATES OF AMERICA                    Counsel/Govt:  Laura Fong, Alexander Berrang

v.

**ALEKSANDR BROVKO**                    Counsel/Deft:  Shannon Quill
                                        Interpreter/Lang:  Roman Volsky/Russian

Court adopts PSI ( X )        without exceptions ( X )        with exceptions:

- Government argues for a g/l range sentence.
- Defense argues for a 72-month sentence.

**SENTENCING GUIDELINES:**
Offense Level:  38
Criminal History:  I
Imprisonment Range:  235 to 293 months
Supervised Release Range:  2 to 5 years
Fine Range: $50,000 to $202,534,000
Restitution $TBD
Special Assessment $100

**JUDGMENT OF THE COURT:**
- BOP for 96 months with credit for time served beginning from date of arrest on 10/01/2019
- Supervised Release for 5 Years, with special conditions:    ( X ) Yes    (   ) No
- Government does not recommend any restitution due to the number of victims and/or the complexity of restitution issues, the determination of specific restitution amounts may unduly complicate or prolong the sentencing process.
- Consent Order of Forfeiture entered in open court.
- No punitive finds/costs of incarceration imposed.
- Special Assessment $100
- Defendant advised of this right to appeal his sentence.

**SPECIAL CONDITIONS**:
- Cooperate with Homeland Security with procedures for deportation.

**RECOMMENDATIONS to BOP**:
_____    Dft. To be designated to: _____
_____    Dft. designated to facility to participate in ICC (Boot Camp) type program
_____    Dft. to participate in 500 hr Residential Drug Abuse Treatment Program (RDAP)
_____    Other: _____

Deft: ( X ) Remanded    (   ) Cont'd on Bond to Self-Surrender    (   ) Referred to USPO    (   ) Immediate Deportation