AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:18-cr-407 |
| Aleksandr Brovko | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date: 10/18/2022

/s/
*Attorney's signature*

Jonathan S. Keim (D.C. Bar 1000894)
*Printed name and bar number*

Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
*Address*

jonathan.keim@usdoj.gov
*E-mail address*

(703) 299-3700
*Telephone number*

(703) 299-3981
*FAX number*