IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEKSANDR BROVKO,<br><br>        *Defendant*. | Case No. 1:18-CR-407<br><br>The Honorable T. S. Ellis, III |

## MOTION TO SEAL

The United States of America, through undersigned counsel, pursuant to Local Criminal Rule 49 of the United States District Court for the Eastern District of Virginia, respectfully requests that the Court seal certain documents accompanying this motion.

Respectfully Submitted,

Jessica D. Aber
United States Attorney

By:     /s/
Jonathan S. Keim
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3981
Email: jonathan.keim@usdoj.gov

Laura Fong
Senior Trial Attorney
Computer Crime and Intellectual Property Section
Criminal Division

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing ("NEF") to counsel of record in this case. I also provided an electronic copy to all counsel of record by means of electronic mail.

                                        Respectfully Submitted,

                                        Jessica D. Aber
                                        United States Attorney

By:        /s/
                                        Jonathan S. Keim
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        2100 Jamieson Avenue
                                        Alexandria, Virginia 22314
                                        Phone: (703) 299-3700
                                        Fax: (703) 299-3981
                                        Email: jonathan.keim@usdoj.gov