IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:18-CR-407 |
| v. | |
| ALEKSANDR BROVKO, | The Honorable T. S. Ellis, III |
| *Defendant*. | |

**NOTICE OF FILING OF MOTION TO SEAL**

The United States, through its undersigned counsel, filed the Government's Motion to Seal, with accompanying legal authority, along with a proposed sealing order, pursuant to Local Rule of Court 49(D) and (E) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia.

Respectfully Submitted,

Jessica D. Aber
United States Attorney

By:     /s/
Jonathan S. Keim
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3981
Email: jonathan.keim@usdoj.gov

Laura Fong
Senior Trial Attorney
Computer Crime and Intellectual Property Section
Criminal Division

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing ("NEF") to counsel of record in this case. I also provided an electronic copy to all counsel of record by means of electronic mail.

        Respectfully Submitted,

        Jessica D. Aber
        United States Attorney

By:    /s/
        Jonathan S. Keim
        Assistant United States Attorney
        United States Attorney's Office
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Phone: (703) 299-3700
        Fax: (703) 299-3981
        Email: jonathan.keim@usdoj.gov