IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA

    v.

ALEKSANDR BROVKO

    Defendant.

Criminal No. 1:18cr407

PRAECIPE FOR ENTRY OF APPEARANCE

Please enter the appearance of Annie Zanobini, Assistant United States Attorney in the

Eastern District of Virginia, as additional counsel for the United States of America in the above-

captioned matter.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:      /s/ Annie Zanobini
Annie Zanobini
Assistant United States Attorney
Attorney for the United States of America
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703)299-3700
Fax: (703)299-3982
Email Address: Annie.Zanobini2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of December 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

/s/ Annie Zanobini
Annie Zanobini
Assistant United States Attorney
Attorney for the United States of America
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703)299-3700
Fax: (703)299-3982
Email Annie.zanobini2@usdoj.gov