IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:18-cr-407 |
| | ) | |
| ALEKSANDR BROVKO, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF PUBLICATION AND**
**FINALITY OF CONSENT ORDER OF FORFEITURE**

NOW COMES the United States and represents as follows:

WHEREAS, on October 30, 2020, this Court entered Consent Order of Forfeiture (Document 47) as to defendant Aleksandr Brovko, ordering the forfeiture of the following property:

    a. **Miscellaneous SD Cards, bearing no serial numbers;**

    b. **Miscellaneous Thumb Drives bearing no serial numbers;**

    c. **a MacBook laptop, including all hardware, software and data stored therein;**

    d. **a MacBook image;**

    e. **a Seagate 80 gigabyte external hard disk drive, serial number ST980811AS;**

    f. **a Western Digital 250 gigabyte external hard disk drive, serial number WD2500BEVS;**

    g. **a Western Digital 160 gigabyte external hard dis drive, serial number WD1600BEVT;**

    h. **a Seagate 250 gigabyte external hard disk drive, serial number ST3250318AS;**

    i.  a Western Digital 500 gigabyte external hard disk drive, serial number WD5000BPKX;

    j.  a Maxtor 100 gigabyte external hard disk drive, serial number STM31000528AS;

    k.  a Seagate 250 gigabyte external hard disk drive, serial number 5000C50037E23372;

    l.  a Seagate 2000 gigabyte external hard disk drive, serial number ST2000DL003;

    m.  a Samsung mobile phone, model number GT-S7230E;

    n.  a LG mobile phone, model number LG-D320N;

    o.  a Samsung mobile phone, model number SM-A300FU;

    p.  a Nokia mobile phone, model number X1-01;

    q.  a Nokia mobile phone, model number 100;

    r.  a Samsung mobile phone, model number SM-A310F;

    s.  a Samsung mobile phone, model number R3XQA66935X; and

    t.  a Samsung mobile phone, model number GT-18200N.

AND WHEREAS the United States published on an official government website ([www.forfeiture.gov](www.forfeiture.gov)) for thirty (30) consecutive days, beginning on October 6, 2022, and ending on November 4, 2022, as required by Federal Rule of Criminal Procedure 32.2(b)(6) and evidenced by the attached Declaration and Advertisement, notice of this forfeiture action and the intention of the United States to dispose of the property in accordance with the law and as specified in the Consent Order of Forfeiture, and further notified all third parties, if any, of their

right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their legal interest in the property;

AND WHEREAS no petitions asserting an interest in the forfeited property have been filed and the time for doing so has expired;

AND WHEREAS the Consent Order of Forfeiture provides that it will become the final order of forfeiture in the absence of any third party claims, as provided by Fed. R. Crim. P. 32.2(c)(2);

It appears that all right, title, and interest in the subject property has been forfeited to the United States of America in accordance with the Consent Order of Forfeiture, and may be disposed of according to law.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:      /s/Annie Zanobini
Annie Zanobini
Assistant United States Attorney
California State Bar No. 321324
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA 22314
Office Number: (703) 299-3700
Facsimile Number: (703) 299-3982
Email Address:  Annie.Zanobini2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on the 28th day of December 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing (NEF) to all counsel of record.

By:      /s/Annie Zanobini
Annie Zanobini
Assistant United States Attorney
California State Bar No. 321324
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA 22314
Office Number: (703) 299-3700
Facsimile Number: (703) 299-3982
Email Address:  Annie.Zanobini2@usdoj.gov